# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, | ) |
| Plaintiff/Counterclaim-Defendant, | ) No. 4:18-CV-1917 RLW |
| v. | ) |
| CHASE BANK, USA, N.A., | ) |
| Defendant/Counterclaim-Plaintiff, | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal (ECF No. 11) is **GRANTED**. Michael Brown's Complaint against Chase Bank USA, N.A. is **DISMISSED** with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Chase Bank USA, N.A.'s Counterclaim against Michael Brown is **DISMISSED** without prejudiced pursuant to Fed. R. Civ. P. 41(a)(2)(A)(ii). Neither party shall be assessed any costs or attorneys' fees.

Dated this 30th day of January, 2019.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**